UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____

In re   Thomas J. Daniels, and,
        Donna J. Daniels                             Chapter 13

        Debtors                                      Case No.: 2016-26037-SVK-13

_____
                OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY
_____

      James and Audrey Methu have filed an objection to the Motion For Relief From Automatic Stay in this bankruptcy case.

      **Your claim may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one**.

      NOW COME the above-named debtors, Thomas and Donna Daniels, by and through their Attorneys, MILLER & MILLER LAW, LLC, and by Attorney Krysta Kerr, hereby objects to the Motion for Relief from Automatic Stay of U.S. Bank Trust National Association. As grounds for such objection and requests, the debtor asserts as follows:

1. The Debtors will submit between $10,000 and $20,000 prior to the hearing date.

2. Debtors request that any remaining arrearage be filed as a supplemental claim.

3. The Debtors will amend their plan to include any arrears owed to U.S. Bank Trust National Association.

      WHEREFORE, the Debtor requests that the Court deny U.S. Bank Trust National Association's Motion to Lift the Automatic Stay and further request that this matter be set for a hearing.

      Dated at Milwaukee, Wisconsin this 13th day of November, 2018.

                                                                   /s/_____
                                                                  Krysta Kerr
                                                                  MILLER & MILLER LAW, LLC
                                                                  Attorney for Debtor

MILLER & MILLER LAW, LLC
633 W. Wisconsin Ave., Suite 500
Milwaukee, WI 53203
(414) 277-7742

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERNDISTRICT OF WISCONSIN

---

In re  Thomas J. Daniels, and,
      Donna J. Daniels                             Chapter 13

      Debtors                                   Case No.:  2016-26037-SVK-13
                                                           CERTIFICATE OF MAILING

---

STATE OF WISCONSIN)
                        ) SS
MILWAUKEE COUNTY)

      Adam Port, being sworn states that on November 13, 2018, mailed properly enclosed in a postpaid envelope, an Objection to U.S. Bank Trust National Association's Motion for Relief From the Automatic Stay, to the following named persons at their proper post office address after their respective names:

Thomas and Donna Daniels
2370 N 83rd St.
Wauwatosa, WI 53213

Trustee Scott Lieske -  via ECF

U.S. Bankruptcy Trustee - via ECF

Attorney Christopher Drout – via ECF


Subscribed and sworn to before
me this 13th   day of November, 2018.

  /s/_____                                /s/_____
Mark Gauthier                                              Adam Port
Notary Public, State of Wisconsin                MILLER & MILLER LAW, LLC
My commission is permanent                      633 W. Wisconsin Avenue, Suite 500
                                                                       Milwaukee, WI 53203