UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

IN RE
Thomas J. Daniels and Donna J. Daniels

Debtors.

Chapter: 13

Case No. 16-26037-svk

**ORDER GRANTING MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF BUNGALOW SERIES F TRUST FOR RELIEF FROM THE AUTOMATIC STAY**

  U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust (the "Movant") filed a motion for an order for relief from the automatic stay with respect to the property located at 2370 N 83rd St, Wauwatosa, WI 53213-1006 (the "Property"). Due and proper notice was given, and an objection was filed by the debtors, but was subsequently withdrawn. The facts recited in the motion show that the Movant's interest in the Property is not adequately protected or that other cause exists for granting the Movant's request for relief from the automatic stay.

  IT IS THEREFORE ORDERED: the stay of 11 U.S.C. §362 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law.

Drafted by:

Christopher C. Drout
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: cdrout@gray-law.com

IT IS FURTHER ORDERED: the Movant's Proof of Claim number 9 is withdrawn.

IT IS FURTHER ORDERED: all other relief requested in the motion is denied.

IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####